No. 69542.—*Empire Findings Co., Inc., et al.* v. *United States,* protests 64/22286, etc. (New York).

Opinion by Rao, C.J. In accordance with stipulation of counsel that the items of merchandise marked "S" and "P" consist of stethoscopes or parts thereof, respectively, similar in all material respects to those the subject of Abstract 68126, the claim of the plaintiffs was sustained.